UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOSEPH CORDOVA,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF BLOOMINGTON, ILLINOIS; DOE INDIVIDUALS I-X and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:09-cv-00702-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR STATE FARM TO FILE ITS REPLY BRIEF**<br><br>**(First Request)** |
|---|---|

       Plaintiff, Joseph Cordova, by and through his attorney, Andrew Leavitt, Esq., and Defendant, State Farm Mutual Automobile Insurance Company("State Farm"), by and through its attorney, Riley A. Clayton, Esq., hereby submit this Stipulation and Order to Extend Time for State Farm to File Its Reply Brief.  As the Court is aware, Plaintiff filed his Opposition to State Farm's Motion to Dismiss the Breach of Fiduciary Duty Claim and Motion to Bifurcate Trial on May 15, 2009.  The present due date for State Farm to file its Reply is May 29, 2009.

       The reason for requesting this extension is that the undersigned has just taken on the representation of a recently named defendant in the "Endoscopy Center of Southern Nevada Litigation," which involves hundreds of patients claiming they contracted Hepatitis, and thousands of patients claiming a fear of contracting Hepatitis.  As such, the undersigned is in the process of reviewing

thousands of documents relating to that complex case, which has already been litigated for over a year. In order to allow the Defendant's counsel sufficient time to reply to Plaintiff's Opposition to the instant motion, the parties hereto have agreed to allow State Farm's counsel a 10 day extension on its Reply due date.

As such, the new due date for State Farm to file its Reply Brief with respect to the Motion to Dismiss and Motion to Bifurcate Trial would be **June 9, 2009.**

This stipulation and order to extend the briefing schedule is not done for purposes of unnecessarily delaying this proceeding. This is the first request for an extension to file the reply to the motion to dismiss and motion to bifurcate trail.

DATED this 22nd day of May, 2009

HALL JAFFE & CLAYTON, LLP

By ___/s/___
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 005260
7455 W. Washington Ave, Suite 460
Las Vegas, Nevada 89128
Attorney for Defendant,
State Farm Mutual Automobile
Insurance Company

DATED this 22nd day of May, 2009

LAW OFFICES OF ANDREW M. LEAVITT, ESQ.

By ___/s/___
ANDREW M. LEAVITT, ESQ.
Nevada Bar No. 003989
633 South Seventh Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

## *ORDER*

**IT IS SO ORDERED.**

**Dated** May 27, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2